DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GARY MALONE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-2443

[August 31, 2017]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit; Broward County, Bernard I. Bober, Judge; L.T. Case Nos. 99-1540 CF10A, 99-7354 CF10A and 00-7708 CF10A.

Gary Malone, Arcadia, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., WARNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***